B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Waseem Khan**  
Debtor(s)

Case No. **20-17315**  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 10,000.00 |
   | Prior to the filing of this statement I have received | $ 10,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor   ☑ Other (specify): **IOLTA of Brown, Udell, Pomerantz & Delrahim, with funds provided by the Debtor's sister, Shameem Khan**

3. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3/22/21  
*Date*

/S/Scott R. Clar  
**SCOTT R. CLAR**  
*Signature of Attorney*  
**Crane, Simon, Clar & Goodman**  
**Suite 3950**  
**135 South LaSalle Street**  
**Chicago, IL 60603-4297**  
**312-641-6777  Fax: 312-641-7114**  
**sclar@cranesimon.com**  
*Name of law firm*

LAW OFFICES

**CRANE, SIMON, CLAR & GOODMAN**

ARTHUR G. SIMON
SCOTT R. CLAR
KAREN R. GOODMAN

EUGENE CRANE, OF COUNSEL
JOHN H. REDFIELD, OF COUNSEL

135 S. LA SALLE STREET
SUITE 3705
CHICAGO, ILLINOIS 60603-4297
TEL: 312-641-6777
FAX: 312-641-7114
WWW.CRANESIMON.COM

GLENN R. HEYMAN (RETIRED)

September 11, 2020

**VIA EMAIL** – waseemkhan@mac.com

Waseem Khan
6602 N. Spokane
Lincolnwood, IL 60712

Re: Waseem Khan – Chapter 7

Dear Mr. Khan:

This letter is intended to confirm the agreement reached with you concerning the retention of the law firm of Crane, Simon, Clar & Goodman ("CSCG") in connection with the representation of you with respect to the filing of a Chapter 7 bankruptcy case. After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention. I have attached blank Chapter 7 Schedules and Statement of Affairs to be completed by you and sent back to our office at your earliest convenience. Also attached is information concerning credit counseling services. You must contact one of these agencies and obtain a certificate before your case can be filed. After the case is filed, you must contact one of these agencies and obtain a debtor's education course certificate.

You will pay CSCG the sum of $10,000 as an advance payment retainer for this engagement (the "Retainer"). The retainer will be a fixed fee. In consideration of the payment of the Retainer, CSCG agrees to provide legal services on your behalf in connection with the matters upon which CSCG has been retained. Unless otherwise billed directly to you, any additional costs incurred during our representation shall be subject to reimbursement from you.

The Retainer will not be held in the client trust account of CSCG, and will be treated as income by CSCG upon its receipt, whereupon it will be deposited into the general account of CSCG. The Retainer is the property of CSCG and you retain no legal or equitable interest in the Retainer.

It is understood that due to the nature of the representation and the substantial risk to CSCG that CSCG may receive no further fees, CSCG is unwilling to represent you without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CSCG was your choice, after consideration of other retainer options. You acknowledge that the specific purpose of such advance payment retainer is to assure you of legal representation, and that the advantage to you of such a retainer is that it provides such assurance by reducing the risk of creditor attachment of such a retainer

LAW OFFICES

**CRANE, SIMON, CLAR & GOODMAN**

Waseem Khan
September 11, 2020
Page 2

and without the necessity of seeking any court and/or creditor approval with respect to same. CSCG will commence its representation of you upon payment of his advance payment retainer. The Retainer does not include services which may need to be provided in connection with defending complaints objecting to discharge or dischargeability of debt.

Our wire transfer instructions are as follows:

>Pay to the Order of
>CIBC
>Chicago, IL 60603
>071006486
>For Deposit Only
>Crane Simon Clar & Goodman
>2861704

If you prefer to pay by check, please mail the check to:

>Crane, Simon, Clar & Goodman
>c/o Arthur G. Simon
>1158 Asbury Ave.
>Winnetka, IL 60093

Please sign and return this letter to us as soon as possible, evidencing your acceptance of the terms of the engagement of CSCG. Thank you for the opportunity to be of service to you. We look forward to a successful relationship.

Should there be any questions concerning our representation, please do not hesitate to contact me.

Very truly yours,

CRANE, SIMON, CLAR & GOODMAN


By:    /s/Scott R. Clar


SRC/mjo
Attach.

LAW OFFICES

**CRANE, SIMON, CLAR & GOODMAN**

Waseem Khan
September 11, 2020
Page 2

AGREED, ACCEPTED AND UNDERSTOOD:

By: _____
Waseem Khan