# Exhibit B

# Sheridan Trust

(Amendment of the Contingent Beneficial Interest)


file copy

## AMENDMENT OF THE CONTINGENT BENEFICIAL INTEREST

As holder of 75% of the beneficial interest in /* LaSalle National Association, successor trustee AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO Land Trust Number 25-2956 (formerly a Bank of Ravenswood Trust) and having the power to amend the survivorship provisions of said trust agreement with respect to the interests of the undersigned, the undersigned beneficiary does hereby amend all existing provisions for the transfer of his beneficial interest AFTER DEATH by substituting the following in lieu thereof:

Lateef M. Khan during his lifetime and upon his death, all of his right, title and interest in and under this trust agreement, including any and powers vested in Lateef M. Khan during his lifetime shall pass to Waseem Khan, his son, or in the event of Waseem Khan's death prior to the death of said survivor, to the estate of Waseem Khan, provided, however, that Lateef M. Khan during his lifetime shall have the unqualified right to revoke or terminate this trust agreement and to assign or change the beneficial interest hereof in any manner whatsoever, including the right to cause the trust property to be conveyed to others, by means of sale, mortgage, lease or other disposition, and to receive the proceeds therefrom.

Waseem Khan currently resides at 6602 North Spokane, Lincolnwood, Illinois. His telephone number is 847-676-3928. His social security number is ████.

All other terms and provisions of said trust agreement are hereby confirmed and remain in full force and effect.

Dated: December 6, 1999

_____
Lateef M. Khan

Phone Number: 847-676-3928

Dated: June 20, 2001

/* LaSalle National Association, successor trustee
AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO, as Trustee and not personally

By: _____
Trust Officer

0042/1482/252956am

# 2414 Trust

## (Amendment of Contingent Beneficial Interest)

LaSalle Bank National Association,
successor trustee ✗

# AMENDMENT OF THE CONTINGENT BENEFICIAL INTEREST

As holder of 100% of the beneficial interest in ✱AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO Land Trust Number 124149-00, and having the power to amend the survivorship provisions of said trust agreement, the undersigned beneficiary does hereby amend all existing provisions for the transfer of his beneficial interest AFTER DEATH by substituting the following in lieu thereof:

In the event of the death of Lateef M. Khan during the existence of this trust, all right, title or interest not previously assigned or otherwise disposed of shall vest in Waseem Khan, my son. Waseem Khan currently resides at 6602 North Spokane, Lincolnwood, Illinois. His telephone number is 847-676-3928. His social security number is ▓▓▓▓▓▓▓.

All other terms and provisions of said trust agreement are hereby confirmed and remain in full force and effect.

Dated: _December 6, 1999_

_____
Lateef M. Khan

Phone Number:   847-676-3928

LaSalle Bank National Association,
successor trustee ✗

Dated: _9/5/00_

✱AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO
As Trustee and not personally

By: _____
Trust Officer

0042/1482/124149am

# Foster Trust

(Amendment of Contingent Beneficial Interest)

03917-04

LaSalle Bank National Association, Chicago
successor trustee ✶

## AMENDMENT OF THE CONTINGENT BENEFICIAL INTEREST

As holder of 66-2/3% of the beneficial interest in ✶AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO Land Trust Number 103917-04, and having the power to amend the survivorship provisions of said trust agreement with respect to the interests of the undersigned, the undersigned beneficiary does hereby amend all existing provisions for the transfer of his beneficial interest AFTER DEATH by substituting the following in lieu thereof:

Lateef M. Khan solely during his lifetime and upon his death, all right, title and interest in and under this trust agreement, including any and powers vested in Lateef M. Khan during his lifetime shall pass to Waseem Khan, his son, or in the event of Waseem Khan's death prior to the death of said survivor, to the estate of Waseem Khan, provided, however, that Lateef M. Khan during his lifetime shall have the unqualified right to revoke or terminate this trust agreement and to assign or change the beneficial interest hereof in any manner whatsoever, including the right to cause the trust property to be conveyed to others, by means of sale, mortgage, lease or other disposition, and to receive the proceeds therefrom.

Waseem Khan currently resides at 6602 North Spokane, Lincolnwood, Illinois. His telephone number is 847-676-3928. His social security number is ▇▇▇▇▇▇▇.

All other terms and provisions of said trust agreement are hereby confirmed and remain in full force and effect.

Dated: December 6, 1999

_____
Lateef M. Khan

Phone Number: 847-676-3928

Dated: 9/5/00

LaSalle Bank National Association, successor trustee
AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO AS TRUSTEE and not personally
By: _____
Trust Officer

0042/1482/103917am

# Cornelia Trust

(Amendment for Survivorship Provisions)

## AMENDMENT FOR SURVIVORSHIP PROVISIONS

As holder of a 100% beneficial interest in Cosmopolitan Bank and Trust Land Trust Number 20650 which is dated March 30, 1973 (renewed March 15, 1993), and having the power to amend the survivorship provisions of said Trust Agreement, Lateef M. Khan does hereby amend the Trust Agreement by providing for the transfer of the beneficial interest AFTER DEATH as follows:

In the event of the death of Lateef M. Khan during the existence of this trust, all right, title or interest not previously assigned or otherwise disposed of shall vest in Waseem Khan, his son, if then living, otherwise to the Estate of Waseem Khan. Waseem Khan currently resides at 6602 North Spokane, Lincolnwood, Illinois. His telephone number is 847-676-3928. His social security number is ███████.

Subject to the special restrictions for the exercise of power of direction and/or amendment of Trust Agreement dated April 26, 1991, which shall remain in full force and effect, Lateef M. Khan alone during his lifetime may sell, assign, transfer, pledge or otherwise dispose of all or any part of his beneficial interest hereunder, and may use and consume earnings, avails and proceeds thereof; and also may amend, alter or revoke from time to time any provision then in effect for successors in interest in the event of his death without notice to or written consent of any successor in interest, by an instrument in writing which shall in each case be filed with the Trustee hereunder.

All other terms and provisions of said trust agreement are hereby confirmed and remain in full force and effect.

_____
Lateef M. Khan

Social Security Number: ███████
Address: 6602 North Spokane
         Lincolnwood, Illinois
Phone Number: 847-676-3928

WITNESSED: _____
Harold Rosen

The signatures of all trust beneficiaries are subscribed and sworn to before me by the above named this 28th day of August, 2000, ~~1999~~.

_____
Julie L. Kaminski
Notary Public

"OFFICIAL SEAL"
JULIE L. KAMINSKI
Notary Public, State of Illinois
My Commission Expires 07/08/04