# Exhibit F

Address:
6602 N. Spokane
Lincolnwood, IL

## AMENDMENT OF THE CONTINGENT BENEFICIAL INTEREST

Lateef M. Khan ~~and Zakira Khan~~, as holders of 100% of the beneficial interest in, to and under CHICAGO TITLE LAND TRUST COMPANY as Successor Trustee under Trust Number 25-4463, having the power to amend the survivorship provisions of said Trust Agreement with respect to their interests in said Trust, do hereby amend all existing provisions for the transfer of the beneficial interest **AFTER DEATH** by substituting the following in lieu thereof:

Lateef M. Khan and Zakira Khan, or the survivor of them, and upon the death of the survivor of them, all of their right, title and interest in, to and under this Trust Agreement, including any powers vested in either of them during his/her lifetime, shall pass as follows:

**A)** An undivided 50% to Shameem Khan, their daughter, provided however, specifically excepted and excluded from the rights, title, interests and powers that pass to Shameem Khan are: (i) any and all rights or powers to gift, grant, assign or otherwise transfer any interest in this Trust to her spouse, Hyder Mohammed, and (ii) any and all rights or powers to direct a deed or create any encumbrance or lien upon the beneficial interest, the power of direction or the real estate which is the corpus of this Trust to or in favor of Hyder Mohammed or any other person or entity claiming through or under Hyder Mohammed, it being the express intention of this Amendment of The Contingent Beneficial Interest to assure that no interest in the Trust shall pass to Hyder Mohammed, spouse of Shameem Khan, under any circumstances or for any reason and to deprive Shameem Khan of the ability to defeat the intention of this instrument. In the event of the death of Shameem Khan prior to the death of the survivor of Lateef M. Khan and Zakira Khan, any interest which would otherwise have passed to Shameem Khan, shall pass instead in equal shares to her children, Sayeed Mohammed (DOB: 11/01/1996), Safa Mohammed (DOB: 11/18/2001), Hamza Mohammed (DOB: 05/09/2004) and Hashim

Mohammed (DOB: 02/22/2009) or the survivors of them subject to the same conditions and limitations that would have applied to her.

Shameem Khan currently resides at 1017 Crystal Ct., Glenview, Illinois 60025. Her telephone number is 847-745-8319. Her social security number is ███████.

**B)** An undivided 50% interest to Waseem M. Khan, their son, provided however, specifically excepted and excluded from the rights, title, interests and powers that pass to Waseem Khan are: (i) any and all rights or powers to gift, grant, assign or otherwise transfer any interest in this Trust to his spouse, Mehvish Khan, and (ii) any and all rights or powers to direct a deed or create any encumbrance or lien upon the beneficial interest, the power of direction or the real estate which is the corpus of this Trust to or in favor of Mehvish Khan or any other person or entity claiming through or under Mehvish Khan, it being the express intention of this Amendment of The Contingent Beneficial Interest to assure that no interest in the Trust shall pass to Mehvish Khan, spouse of Waseem Khan, under any circumstances or for any reason and to deprive Waseem Khan of the ability to defeat the intention of this instrument. In the event of the death of Waseem Khan prior to the death of the survivor of Lateef M. Khan and Zakira Khan, any interest which would otherwise have passed to Waseem Khan, shall pass instead in equal shares to his children, Sana (DOB: 04/22/1993), Sara (DOB: 03/17/1994) and Saharish (DOB: 09/26/1998) or the survivors of them subject to the same conditions and limitations that would have applied to him.

Waseem Khan currently resides at 6602 North Spokane, Lincolnwood, Illinois. His telephone number is 847-676-3928. His social security number is ███████.

## SPECIAL RESTRICTIONS FOR EXERCISE OF POWER OF
## DIRECTION AND/OR FURTHER AMENDMENTS OF TRUST AGREEMENT

During their lifetime, Lateef M. Khan and Zakira Khan, or the survivor of them, shall have and retain the right to revoke or terminate this Trust Agreement and to assign or change the beneficial interest hereof in any manner whatsoever, including the right to cause the Trust property to be conveyed to others by means of sale, mortgage, lease or other disposition and to receive the proceeds therefrom; provided, however, hereafter, any assignment of any rights, powers, privileges or interests under Trust No. 25-4463 by Lateef M. Khan and/or Zakira Khan during their lives or by either of their children named in this instrument after the death of the survivor of them, including, without limitation, the beneficial interest and/or the power of direction under the Trust, and all amendments, if any, of the Trust Agreement by Lateef M. Khan and/or Zakira Khan or by their children named in this instrument after the death of the survivor of them, and all directions to the Trustee by Lateef M. Khan and/or Zakira Khan or their children named in this instrument, including, without limitation, directions to convey, directions to execute documents, directions to endorse checks and all other directions to the Trustee (expressly including, any directions purporting to rescind this Direction), shall require in addition to the signatures of Lateef M. Khan and/or Zakira Khan or their children, approval and an attesting signature by Harold Rosen of the law firm of Wolin & Rosen, Ltd.; and, **no assignment, amendment or direction by Lateef M. Khan and/or Zakira Khan or their children shall be effective or be acknowledged or acted upon by the Trustee absent the required approval and attesting signature of Harold Rosen.** In the event Harold Rosen predeceases Lateef M. Khan and Zakira Khan and one or both of their children named above in this instrument or if

Harold Rosen is unable or unwilling to serve, he shall be replaced by an independent Court appointed successor.

This Direction does not constitute an assignment of the beneficial interest or of the power of direction under the Trust; but, rather, constitutes a restriction upon the exercise of the rights, powers and privileges under the Trust Agreement and as such is intended to be and constitute an amendment of the Trust Agreement.

All other terms and provisions of said Trust Agreement are hereby confirmed and remain in full force and effect.

For purposes of identification you are provided with the following specimen signature of Harold Rosen witnessed by Lateef M. Khan and Zakira Khan.

DATED: 5-21-16

LATEEF M. KHAN

DATED: 05.21.16

ZAKIRA KHAN

WITNESS: _Lateef M. Khan_

WITNESS: _Zakira Khan_

Harold Rosen

---

RECEIVED and ACKNOWLEDGED this 24th day of May, 2016.

CHICAGO TITLE LAND TRUST COMPANY, as Successor Trustee
under Trust No. 25-4463, and not personally

By: _____
VP & Trust Counsel     Trust Officer