# Exhibit H



**LAW OFFICES**
**WOLIN & ROSEN, LTD.**
55 WEST MONROE STREET    312-424-0600 TEL
SUITE 3600                312-424-0660 FAX
CHICAGO, IL 60603         www.wolinlaw.com

July 8, 2016

Pamela Hutul
Benton Page
Davis Friedman, LLP
135 S. LaSalle Street, 36th Floor
Chicago, IL 60603

Re:  Case No. 2016 D 005177
     In Re the Marriage of Mehvish Arif Khan and Waseem Khan

Dear Pam and Ben:

When we met at the beginning of the week, we asked that Mehvish Khan be flexible concerning her demand for temporary maintenance. We received no further word from you except for Mehvish's petition for temporary maintenance. Accordingly, please be advised that any and all offers of temporary support made on behalf of Waseem Khan are hereby withdrawn and declared to be null and void.

Waseem Khan is being terminated from any employment with Khan & Associates and his signature authority on any and every financial account is being revoked. We expect that Waseem will apply for Unemployment Insurance benefits, and that both he and Mehvish will need to seek employment.

Lateef Khan will be returning from India, and he will personally take charge of and run his various business enterprises. He has reiterated to us that he will not provide Mehvish Khan or her family with any further support.

As we discussed, we will request time to file appropriate pleadings concerning Mehvish Khan's petition for temporary maintenance, and request you confer with us concerning the conduct of discovery in preparation for the evidentiary hearing on the petition.

Regards,

Wolin & Rosen, Ltd.

*Michael Pildes*

Michael Pildes

**EXHIBIT**
**A**