# Exhibit N

## FIRST AMENDMENT TO THE
## LATEEF M. KHAN REVOCABLE TRUST

I, LATEEF M. KHAN, of Lincolnwood, Illinois, the Settlor and Trustee of the LMK Illinois Family Trust ("Trust") under trust agreement dated _____, pursuant to my right to amend, modify or revoke the Trust under Paragraph 1.3 of Article 1 thereof, do hereby amend (this "First Amendment") the Trust as follows:

1. Paragraph 8.1 of Article 8 of the Trust is deleted in its entirety, and the following Paragraph 8.1 of Article 8 shall be substituted in its stead:

    8.1 Successor Trustee. When I cease to act as Trustee, my daughter, Shameem S. Khan, shall be the successor Trustee.

2. Harold Rosen. Notwithstanding anything contained in the Trust to the contrary, I hereby delete any and all references to or designations of my former attorney, Harold Rosen, presently of the law firm Wolin & Rosen, Ltd. Any provision in the Trust that makes any reference to Harold Rosen shall be deleted in its entirety and hereafter shall have no further force or effect as to such provision as the provision applies to Harold Rosen.

3. I hereby restate, reaffirm, re-adopt and republish all remaining terms of my Trust, as hereinabove amended.

IN WITNESS WHEREOF, the Settlor and Trustee have hereunto set their hands and affixed their seals to this Instrument this ___ day of June, 2018.

_____
Lateef M. Khan, Settlor

Accepted:

_____
Lateef M. Khan, Trustee.