# Exhibit P

# Proper Title, LLC
180 North LaSalle Street, Suite 1920
Chicago, IL 60601
Phone: (312)702-2782 Fax: (312) 624-9403

## Settlement Statement

| | |
|---|---|
| **Settlement Date:** | 07/31/2019 |
| **Disbursement Date:** | 08/01/2019 |
| **Order Number:** | PT19-49779 |
| **Escrow Officer:** | Beth LaSalle |
| **Buyer:** | Maynard - 5101 N. Sheridan LLC, a Delaware limited liability company<br>135 Crossways Park Drive, Suite 401<br>Woodbury, NY 11797 |
| **Seller:** | Chicago Title Land Trust Company, as successor trustee to Lasalle Bank National Association as trustee under Trust Agreement dated 11/17/77 and known as Trust No. 25-2956<br>10 S LaSalle Street, Suite 2750<br>Chicago, IL 60603<br><br>Chicago Title Land Trust Company, successor trustee American National Bank and Trust Company of Chicago, as trustee under the provisions of a certain trust agreement, dated the 3rd day of November, 1987 and known as trust number 103917-04<br>10 S. LaSalle Street, Suite 2750<br>Chicago, IL 60603 |
| **Lender:** | KeyBank National Association<br>66 South Pearl Street, 7th Floor<br>Albany, NY 12207 |
| **Property:** | 5101-5123 North Sheridan Road and 949-955 Foster Avenue<br>Chicago, IL 60640 |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | 22,000,000.00 | **Total Consideration**<br>Purchase Price | 22,000,000.00 | |
| | | Principal Amount of New Loan | | 27,500,000.00 |
| | | Good Faith Deposit | | 50,000.00 |
| | | Deposit of Earnest Money | | 1,200,000.00 |
| | | **Prorations/Adjustments** | | |
| 113,329.29 | | 2019 Real Estate Taxes | | 113,329.29 |
| 15,565.00 | | August prepaid rent and misc tenant credit balances | | 15,565.00 |
| | | **Payoffs** | | |
| 867,464.98 | | Settlement to Ghousia Jabbar Khan | | |
| | |    Total Payoff          867,464.98 | | |
| 3,017,592.76 | | Payoff to Axos Bank | | |
| | |    Total Payoff         3,017,592.76 | | |
| 2,950,000.00 | | Payoff to Praesumo Capital, LLC | | |

## Settlement Statement

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Payoffs (continued)** | | |
| | | Total Payoff    2,950,000.00 | | |
| 2,980,618.29 | | Payoff to Axos Bank | | |
| | | Total Payoff    2,980,618.29 | | |
| | | **Loan Charges $15,471,362.00** | | |
| | | Origination Fee | 137,500.00 | |
| | | Flood Determination | 24.00 | |
| | | Appraisal Fee | 5,031.00 | |
| | | Upfront Cost Analysis Report | 2,520.00 | |
| | | Undisbursed Funds | 14,651,287.00 | |
| | | Operating Reserve | 675,000.00 | |
| | | **Escrow Charges $6,900.00** | | |
| 3,300.00 | | Deed and Money Escrow Fee | 3,300.00 | |
| 300.00 | | Post Closing Escrow Fee | | |
| | | **Title Charges $41,146.00** | | |
| 175.00 | | Commitment Update Fee | | |
| 500.00 | | Extended Coverage Endorsement | | |
| 250.00 | | GAP Coverage | 250.00 | |
| 3.00 | | Illinois Policy Fee | | |
| | | ALTA Endorsement 9.2-06 (Covenants, Conditions and Restrictions - Improved Land - Owner's Policy) | 400.00 | |
| 40.00 | | Wire Transfer Fee | 40.00 | |
| | | ALTA Endorsement 25-06 (Same As Survey) | 400.00 | |
| 50.00 | | Seller CPL Fee | | |
| | | ALTA Endorsement 17-06 (Access and Entry) | 400.00 | |
| 300.00 | | Work Charge | | |
| | | Policy Update Fee | 175.00 | |
| | | Buyer CPL Fee | 25.00 | |
| | | ALTA Endorsement 18.1 (Multiple Tax Parcel) | 300.00 | |
| 50.00 | | Recording of Release Doc Fee | | |
| 100.00 | | Recording of Release Service Fee | | |
| | | ALTA Endorsement 3.1-06 (Zoning - Completed Structure) | 3,000.00 | |
| | | ALTA Endorsement 26-06 (Subdivision) | 300.00 | |
| | | ALTA Endorsement 17.2-06 (Utility Access) | 300.00 | |

## Settlement Statement

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Title Charges (continued)** | | |
| | | ALTA Endorsement 19.1-06 (Contiguity - Single Parcel) | 400.00 | |
| | | Original Signature (Electronic) Endorsement - Illinois | 300.00 | |
| | | Arbitration Endorsement - ALTA 2006 Owner's Policy - Illinois | 300.00 | |
| 175.00 | | Title Indemnity Processing Fee | | |
| 600.00 | | Water Certificate Service Fee (x3) | | |
| | | ALTA Endorsement 28.1-06 (Encroachments - Boundaries and Easements) | 300.00 | |
| | | Encroachment Endorsement - Municipal | 300.00 | |
| | | Blank Endorsement | 300.00 | |
| 17,600.00 | | Owner's Policy Premium | | |
| | | Additional Insurance | 5,500.00 | |
| | | Lender CPL Fee | 25.00 | |
| | | Illinois Policy Fee | 3.00 | |
| | | Money Lender's Escrow Fee | 600.00 | |
| | | APLD Fee | 85.00 | |
| | | Loan Policy Premium | 600.00 | |
| | | ALTA Endorsement 25-06 (Same As Survey) | 0.00 | |
| | | ALTA Endorsement 17-06 (Access and Entry) | 0.00 | |
| | | ALTA Endorsement 18.1 (Multiple Tax Parcel) | 0.00 | |
| | | ALTA Endorsement 3.1-06 (Zoning - Completed Structure) | 0.00 | |
| | | ALTA Endorsement 26-06 (Subdivision) | 0.00 | |
| | | ALTA Endorsement 19.1-06 (Contiguity - Single Parcel) | 0.00 | |
| | | ALTA Endorsement 28.1-06 (Encroachments - Boundaries and Easements) | 0.00 | |
| | | ALTA Endorsement 34-06 (Identified Risk Coverage) | 600.00 | |
| | | ALTA Endorsement 9-06 (Restrictions, Encroachments, Minerals - Loan Policy) | 250.00 | |
| | | ALTA Endorsement 22-06 (Location) | 250.00 | |
| | | ALTA Endorsement 6-06 (Variable Rate Mortgage) | 250.00 | |

## Settlement Statement

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Title Charges (continued)** | | |
| | | ALTA Endorsement 8.2-06 (Commercial Environmental Protection Lien) | 250.00 | |
| | | ALTA Endorsement 24-06 (Doing Business) | 250.00 | |
| | | ALTA Endorsement 27-06 (Usury) | 250.00 | |
| | | ALTA Endorsement Dimunition | 300.00 | |
| | | Preparation & Filing Fee UCC1/Delaware Secretary of State | 100.00 | |
| | | ALTA Endorsement 17.2-06 (Utility Access) | 0.00 | |
| | | Encroachment Endorsement - Municipal | 0.00 | |
| | | ALTA Endorsement (Blank) | 0.00 | |
| | | Construction Set Up Fee | 1,500.00 | |
| | | Construction Draws (10) | 3,000.00 | |
| | | **Recording Charges $264,588.00** | | |
| | | Deed Recording Fee (2) to Cook County Recorder | 196.00 | |
| 22,000.00 | | State Transfer Tax to Cook County Recorder of Deeds | | |
| 11,000.00 | | County Transfer Tax to Cook County Recorder of Deeds | | |
| | | City Transfer Tax - Buyer to City of Chicago - Dept of Finance | 165,000.00 | |
| 66,000.00 | | City Transfer Tax - Seller to City of Chicago - Dept of Finance | | |
| | | Mortgage Recording Fee to Cook County Recorder | 98.00 | |
| | | Assingment of Rents Recording Fee to Cook County Recorder | 98.00 | |
| | | UCC1 Recording Fee to Cook County Recorder | 98.00 | |
| 98.00 | | Release Recording Fee to Cook County Recorder | | |
| | | **Miscellaneous Charges** | | |
| 70,000.00 | | TI for Mechanic's Lien to Proper Title TI | | |
| | | Survey to Certified Survey, Inc. Order No. 140410 | 2,450.00 | |
| | | Survey to Certified Survey, Inc. Order No. 66429-Y | 2,450.00 | |
| | | Payment to EBI Consulting Invoice Number SIN099695 | 6,400.00 | |

## Settlement Statement

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Miscellaneous Charges (continued)** | | |
| | | Legal Services to Flanagan / Bilton LLC<br>  Invoice Number: 59885 | 1,000.00 | |
| | | Principal / Architect / Travel to Hirsch MPG LLC<br>  Invoice Number 19028-02 | 2,080.24 | |
| | | Principal / Architect to Hirsch MPG LLC<br>  Invoice Number 19028-01 | 2,500.00 | |
| | | Principal / Architect / Travel to Hirsch MPG LLC<br>  Invoice Number 19028-03 | 10,921.90 | |
| | | Reimbursement of Talon Air Invoice to MKCK 2 | 18,235.23 | |
| | | Payment to The Planning & Zoning Resource Company<br>  Invoice #: I129782-1 | 2,464.04 | |
| | | Payment to National Registered Agents, Inc. d/b/a Triad Profe<br>  Invoice #153846 | 1,311.00 | |
| | | Acquisition Fee to Willowcrest Avenue LLC<br>  563RU455 | 330,000.00 | |
| | | Professional Services Rendered to Daspin & Aument, LLP<br>  Invoice 81368 | 1,454.72 | |
| | | Professional Services Rendered to Daspin & Aument, LLP<br>  Invoice 81369 | 1,379.00 | |
| | | Fees and Expenses to Haynes and Boone, LLP<br>  Invoice Number: 058670-002A | 15,907.50 | |
| | | Services Rendered to Estreich & Company | 178,750.00 | |
| | | Payment to National Registered Agents, Inc. d/b/a Triad Profe<br>  Invoice #153785 | 554.49 | |
| | | Payment to National Registered Agents, Inc. d/b/a Triad Profe<br>  Invoice #153783 | 365.00 | |
| | | Payment to National Registered Agents, Inc. d/b/a Triad Profe<br>  Invoice #153784 | 365.00 | |
| | | Payment to National Registered Agents, Inc. d/b/a Triad Profe<br>  Invoice #153692 | 470.00 | |

## Settlement Statement

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Miscellaneous Charges (continued)** | | |
| | | Payment to National Registered Agents, Inc. d/b/a Triad Profe<br>  Invoice #153535 | 945.04 | |
| | | Payment to National Registered Agents, Inc. d/b/a Triad Profe<br>  Invoice #154019 | 228.11 | |
| | | Diligence Services Rendered to CLK Multifamily LLC | 54,252.01 | |
| | | Professional Services Rendered to Cary G. Schiff & Associates<br>  50784A | 600.00 | |
| | | Commercial Umbrella to SterlingRisk Insurance<br>  Acct No. CLKHLLC-01 | 473.00 | |
| | | Payment to York International Agency, LLC<br>  Policy Number: EASX100084 | 510.16 | |
| | | Property / Builders Risk to Insurance Office of America, Inc.<br>  Account: CLKPROP-01 | 17,391.00 | |
| | | Legal Services Rendered to Law Firm of Seth Stein PC | 25,000.00 | |
| 1,640.00 | | Land Trust Fees to Chicago Title Land Trust Company<br>  Trust #103917-04 | | |
| 60,283.57 | | Water Cert FBO Chicago Dept of Water to Chicago Dept of Finance- Water<br>  FPC# 1161039 | | |
| 108,897.57 | | Water Cert FBO Chicago Dept of Water to Chicago Dept of Finance- Water<br>  FPC# 1161043 | | |
| 53,649.52 | | Water Cert FBO Chicago Dept of Water to Chicago Dept of Finance- Water<br>  FPC# 1161053 | | |
| | | Annual Premium to Genatt V LLC<br>  Invoice No.: 25 | 8,500.00 | |
| | | Annual Premium to Genatt V LLC<br>  Invoice No.: 26 | 8,500.00 | |
| 600,000.00 | | Legal Fees to BUPD Law | | |
| | | Fees for Professional Services to Thompson Hine LLP<br>  Invoice No. 2884274 | 19,000.00 | |
| 5,632,500.00 | | Post Closing Escrow to Proper Title LLC | | |

## Settlement Statement

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Miscellaneous Charges (continued)** | | |
| 6,264.02 | | IDOR Stop Order Escrow to BUPD Law | | |
| 5,397,169.00 | | Proceeds of Sale to Investment Property Exchange Services EX 18 24131 TF | | |
| 2,485.00 | | Land Trust Fees to Chicago Title Land Trust Company Trust #25-2956 | | |
| 22,000,000.00 | 22,000,000.00 | Subtotals | 38,375,912.44 | 28,878,894.29 |
| | | Balance Due FROM Buyer | | 9,497,018.15 |
| 22,000,000.00 | 22,000,000.00 | Totals | 38,375,912.44 | 38,375,912.44 |

BUYER:

Maynard - 5101 N. Sheridan LLC, a Delaware limited liability company

BY:_____


SELLER:

Chicago Title Land Trust Company, as successor trustee to Lasalle Bank National Association as trustee under Trust Agreement, dated 11/17/77 and known as Trust No. 25-2956

BY:_____  its atty


Chicago Title Land Trust Company, as successor trustee to American National Bank and Trust Company of Chicago, as trustee under the provisions of a certain trust agreement, dated the 3rd day of November, 1987 and known as trust number 103917-04

BY:_____  its atty

Proper Title, LLC
BY:_____
Proper Title, LLC

## Settlement Statement

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| 6,264.02 | | Miscellaneous Charges (continued)<br>IDOR Stop Order Escrow to BUPD Law | | |
| 5,397,169.00 | | Proceeds of Sale to Investment Property Exchange Services<br>EX 18 24131 TF | | |
| 2,485.00 | | Land Trust Fees to Chicago Title Land Trust Company<br>Trust #25-2956 | | |
| 22,000,000.00 | 22,000,000.00 | Subtotals | 38,375,912.44 | 28,878,894.29 |
| | | Balance Due FROM Buyer | | 9,497,018.15 |
| 22,000,000.00 | 22,000,000.00 | Totals | 38,375,912.44 | 38,375,912.44 |

BUYER:

Maynard - 5101 N. Sheridan LLC, a Delaware limited liability company

BY: _[signature]_
Peter V. Glass, Authorized Signatory

SELLER:

Chicago Title Land Trust Company, as successor trustee to Lasalle Bank National Association as trustee under Trust Agreement dated 11/17/77 and known as Trust No. 25-2956

BY: _____

Chicago Title Land Trust Company, as successor trustee to American National Bank and Trust Company of Chicago, as trustee under the provisions of a certain trust agreement, dated the 3rd day of November, 1987 and known as trust number 103917-04

BY: _____

Proper Title, LLC
BY: _[signature]_
Proper Title, LLC