# Exhibit S

# Cornelia Trust

(Ratification of Trust Agreement)

Chicago Title Land Trust Company

## RATIFICATION OF TRUST AGREEMENT

DATE: September 17, 2020

I, Shameem S. Khan as Trustee for the LMK Illinois Family Trust, **having ownership of beneficial interest under Chicago Title Land Trust Company, Trust Number 20650 in the following capacity: (check one):**

_____ * **Administrator – Executor – Guardian of the Estate of** _____

X * **Successor Trustee of the** LMK Illinois Family Trust

I hereby ratify and agree to all the provisions, terms and duties of the Trust Agreement and any amendments thereof, with Chicago Title Land Trust Company, as Trustee, specifically, Land Trust Number 20650. The bills and legal notices should be sent to me at the address listed below.

1017 Crystal Court, Glenview, IL 60025

Signature: [signed]
Address: 1017 Crystal Court, Glenview, IL 60025
Printed Name: Shameem S. Khan, as Trustee for the LMK Illinois Family Trust
Date of Birth: 12/4/1972
Phone: (773) 822-9998

State of IL
County of Cook
) SS

I, the undersigned, a Notary Public in and for the County and State aforesaid, do hereby certify that Shameem S. Khan is/are personally known to me to be the same person(s) whose name is subscribed to this instrument appeared before me this day in person and acknowledged that he/she/they signed and delivered the said instrument as his/her/their own free and voluntary act.

Given under my hand and Notarial Seal this 21 day of Sept

"OFFICIAL SEAL"
MIGUELINA PEREZ
Notary Public, State of Illinois
My Commission Expires 4/14/2022

ACKNOWLEDGED BY TRUSTEE THIS 1st DAY OF October, 2020.
CHICAGO TITLE LAND TRUST COMPANY, as trustee and not personally,
By: [signed] Assistant Vice President

Oct 2, 2020
This is to certify that the above and foregoing is a true and correct copy of the original now held in our files.
CHICAGO TITLE LAND TRUST COMPANY
By: [signed]

Rev. 11/2018

# 2414 Trust

(Ratification of Trust Agreement)

**Chicago Title Land Trust Company**

# RATIFICATION OF TRUST AGREEMENT

DATE: September 17, 2020

I, Shameem S. Khan as Trustee for the LMK Illinois Family Trust, **having ownership of beneficial interest under Chicago Title Land Trust Company, Trust Number 124149-00 in the following capacity: (check one):**

\_\_\_\_\_ * **Administrator – Executor – Guardian of the Estate of** _____

X      * **Successor Trustee of the** LMK Illinois Family Trust

I hereby ratify and agree to all the provisions, terms and duties of the Trust Agreement and any amendments thereof, with Chicago Title Land Trust Company, as Trustee, specifically, Land Trust Number 124149-00.
The bills and legal notices should be sent to me at the address listed below.

1017 Crystal Court, Glenview, IL 60025

| Signature | Printed Name: Shameem S. Khan, as Trustee for the LMK Illinois Family Trust |
|---|---|
| Address: 1017 Crystal Court, Glenview, IL 60025 | Date of Birth: 12/4/1972  Phone: (773) 822-9998 |

| Signature | Printed Name |
|---|---|
| Address | Date of Birth: Oct 2   Phone |

This is to certify that the above and foregoing is a true and correct copy of the original now held in our files.

CHICAGO TITLE LAND TRUST COMPANY

By: _____

State of IL
County of Cook      ) SS

I, the undersigned, a Notary Public in and for the County and State aforesaid, do hereby certify that Shameem S. Khan is/are personally known to me to be the same person(s) whose name is subscribed to this instrument appeared before me this day in person and acknowledged that he/she/they signed and delivered the said instrument as his/her/their own free and voluntary act.

Given under my hand and Notarial Seal this 21 day of _____, 20 20.

Notary Public

"OFFICIAL SEAL"
MIGUELINA PEREZ
Notary Public, State of Illinois
My Commission Expires 4/14/2022

ACKNOWLEDGED BY TRUSTEE THIS 29th DAY OF September, 2020
CHICAGO TITLE LAND TRUST COMPANY, as trustee and not personally,
By: _____
Assistant Vice President

CORPORATE SEAL
CHICAGO, ILLINOIS

Rev. 11/2018

# 2635 Trust

(Ratification of Trust Agreement)

Chicago Title Land Trust Company

# RATIFICATION OF TRUST AGREEMENT

DATE: September 17, 2020

I, Shameem S. Khan as Trustee for the LMK Illinois Family Trust, **having ownership of beneficial interest under Chicago Title Land Trust Company, Trust Number 103854-09 in the following capacity: (check one):**

_____     * **Administrator – Executor – Guardian of the Estate of** _____

X        * **Successor Trustee of the** LMK Illinois Family Trust

I hereby ratify and agree to all the provisions, terms and duties of the Trust Agreement and any amendments thereof, with Chicago Title Land Trust Company, as Trustee, specifically, Land Trust Number 103854-09.
The bills and legal notices should be sent to me at the address listed below.

1017 Crystal Court, Glenview, IL 60025

| Signature | | Shameem S. Khan, as Trustee for the LMK Illinois Family Trust |
| --- | --- | --- |
| 1017 Crystal Court, Glenview, IL 60025 | | Printed Name |
| Address | City, State, Zip | 12/4/1972    (773) 822-9998 |
| | | Date of Birth    Phone |

| Signature | | Printed Name |
| --- | --- | --- |
| Address | City, State, Zip | Date of Birth    Phone |

This is to certify that the above and foregoing is a true and correct copy of the original now held in our files.
CHICAGO TITLE LAND TRUST COMPANY

State of _IL_ )
County of _Cook_ )  SS   By: _[signature]_

I, the undersigned, a Notary Public in and for the County and State aforesaid, do hereby certify that Shameem S. Khan is/are personally known to me to be the same person(s) whose name is subscribed to this instrument appeared before me this day in person and acknowledged that he/she/they signed and delivered the said instrument as his/her/their own free and voluntary act.

Given under my hand and Notarial Seal this __21__ day of __Sept__ 20__20__

_[signature]_
Notary Public

"OFFICIAL SEAL"
MIGUELINA PEREZ
Notary Public, State of Illinois
My Commission Expires 4/14/2022

ACKNOWLEDGED BY TRUSTEE THIS __29th__ DAY OF __September__, 20__20__
CHICAGO TITLE LAND TRUST COMPANY, as trustee and not personally,

By: _[signature]_
Assistant Vice President

CORPORATE SEAL

Rev. 11/2018

# Spokane Trust

(Ratification of Trust Agreement)

Chicago Title Land Trust Company

# RATIFICATION OF TRUST AGREEMENT

DATE: September 17, 2020

I, Shameem S. Khan as Trustee for the LMK Illinois Family Trust, **having ownership of beneficial interest under Chicago Title Land Trust Company, Trust Number 25-4463 in the following capacity: (check one):**

_____    * Administrator – Executor – Guardian of the Estate of _____

__X___    * **Successor Trustee of the** LMK Illinois Family Trust

I hereby ratify and agree to all the provisions, terms and duties of the Trust Agreement and any amendments thereof, with Chicago Title Land Trust Company, as Trustee, specifically, Land Trust Number 25-4463.
The bills and legal notices should be sent to me at the address listed below.

1017 Crystal Court, Glenview, IL 60025

_[Signature]_
Signature

1017 Crystal Court, Glenview, IL 60025
Address | City, State, Zip

Shameem S. Khan, as Trustee for the LMK Illinois Family Trust
Printed Name

12/4/1972 | (773) 822-9998
Date of Birth | Phone

_____
Signature

_____
Address | City, State, Zip

_____
Printed Name

Oct 2, 2020
Date of Birth | Phone

This is to certify that the above and foregoing is a true and correct copy of the original now held in our files.
CHICAGO TITLE LAND TRUST COMPANY

State of __IL.__
County of __Cook.__ ) SS
By: _[signature]_

I, the undersigned, a Notary Public in and for the County and State aforesaid, do hereby certify that Shameem S. Khan is/are personally known to me to be the same person(s) whose name is subscribed to this instrument appeared before me this day in person and acknowledged that he/she/they signed and delivered the said instrument as his/her/their own free and voluntary act.

Given under my hand and Notarial Seal this __21__ day of __Sept__, 2020

_[Notary signature]_
Notary Public

"OFFICIAL SEAL"
MIGUELINA PEREZ
Notary Public, State of Illinois
My Commission Expires 4/14/2022

ACKNOWLEDGED BY TRUSTEE THIS __28th__ DAY OF __September__, 20__20__
CHICAGO TITLE LAND TRUST COMPANY, as trustee and not personally,
By: _[signature]_
Assistant Vice President

CORPORATE SEAL — CHICAGO, ILLINOIS

Rev. 11/2018