# Exhibit T

| Form **LLC-5.5** | Illinois<br>Limited Liability Company Act<br>**Articles of Organization** | FILE # **09234357** |
|---|---|---|
| **Secretary of State Jesse White**<br>Department of Business Services<br>Limited Liability Division<br>www.cyberdriveillinois.com | Filing Fee:   $150<br><br>Approved By:   **AJW** | **FILED**<br>**SEP 02 2020**<br>**Jesse White**<br>**Secretary of State** |

1. Limited Liability Company Name: KLK MANAGEMENT LLC

2. Address of Principal Place of Business where records of the company will be kept:
   6602 N. SPOKANE AVENUE
   LINCOLNWOOD, IL 60712

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

   GLENN L. UDELL
   225 W ILLINOIS ST STE 300
   CHICAGO, IL 60654-7902

5. Purpose for which the Limited Liability Company is organized:
   "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

   KHAN, SHAMEEM
   1017 CRYSTAL COURT
   GLENVIEW, IL 60025

   MOHAMMED, HYDER
   6602 N. SPOKANE AVENUE
   LINCOLNWOOD, IL 60712

8. **Name and Address of Organizer**
   I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

   Dated: SEPTEMBER 02, 2020          MEGAN WATERS
                                       225 W. ILLINOIS ST., STE 300
                                       CHICAGO, IL 60654