IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| WASEEM KHAN, | ) | Case No. 20-17315 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF OBJECTION

Mevish Khan, creditor, objects to the Trustee's Motion to Employ Special Counsel ("Motion to Employ") scheduled for hearing on January 10, 2022 and requests that the Motion to Employ be called for hearing.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF OBJECTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 5th day of January, 2022.

/s/ Gregory K. Stern
Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #2267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Daniel.nickel@gmail.com
Scott Clar sclar@cranesimon.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Miriam R. Stein mstein@gutnicki.com
Zane Zielinski trustee@zanezielinski.com
David Holtkamp David.Holtkamp@usdoj.gov
Cari Kauffman ckauffman@sormanfrankel.com
Joel Fonferko ND-One@il.cslegal.com