UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: Waseem Khan

Debtor(s)

BK No.: 20-17315

Chapter: 7

Honorable A. Benjamin Goldgar

## ORDER DENYING AS UNNECESSARY MOTION TO ENTER AGREED ORDER

This matter coming before the court on the Trustee's motion to approve entry of an agreed order filed by Miriam R. Stein,

IT IS HEREBY ORDERED:

The trustee's motion for entry of agreed order is denied as unnecessary for the reasons stated on the record.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: January 09, 2023